**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Adan DELIMA, Defendant–Appellant.**

**No. 03–30296**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 22, 2003.

Before JONES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:*

Adan Delima appeals his sentence following his guilty plea conviction of possession with intent to distribute cocaine. On appeal, Delima argues that the district court erred in resentencing him upon remand from this court without his presence.

The district court erred by resentencing Delima in his absence. *See* FED. R.CRIM. P. 43; *United States v. Moree*, 928 F.2d 654, 656 (5th Cir.1991). It is therefore

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ordered that Delima's sentence be vacated and the matter remanded.

VACATED AND REMANDED.

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.